UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re:                                    )          BK No.:   18-80233
RICHARD L. MARTIN, JR.,                   )
                                          )          Chapter:  13
                                          )
                                          )          Honorable Thomas M. Lynch
                                          )
         Debtor(s)                        )

## ORDER LIFTING THE AUTOMATIC STAY

THIS MATTER COMING ON TO BE HEARD on the Movant's, The Harvard State Bank, by and through its Attorney, JAMES E. STEVENS, Motion for Relief from Automatic Stay; and all parties in interest having been served; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Movant, The Harvard State Bank is allowed to proceed to enforce its rights against the collateral, including but not limited to the real estate located at 24008 South Street, Harvard, Illinois.

Enter:

Honorable Thomas M. Lynch
Dated:  July 12, 2018                                United States Bankruptcy Judge

**Prepared by:**

James E. Stevens (#3128256)
Barrick, Switzer, Long, Balsley & Van Evera, LLP
6833 Stalter Drive
Rockford, IL 61108
815-962-6611
jstevens@bslbv.com